IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA:

V.                                                         Case No. 19-57

YOUNG YOO                            :

## NOTICE

YOUNG YOO, by and through counsel, hereby files this notice as we approach our status hearing on January 5, 2022. There are a few updates for the record.

Mr. Yoo was in quarantine for a period, and we were unable to consult with him. We have regularly scheduled weekly visitation but were unable to see him on November 16, 23 and 30th due to Covid/quarantine issues.

Yoo was then the victim of an unlawful wounding at the jail and was taken to the hospital, etc. followed by Covid protocols. We were thus unable to consult with him on December 7th and 14th. We have been able to see him the last two weeks (December 21 and December 28).

The government filed a notice regarding discovery issues. There are 6000 documents still to be produced on a "rolling" basis and then some additional discovery from Fairfax Police. The additional discovery may not be produced by January 7. The exact amount of discovery encompassed within the government's notice is still not clear.

Finally, the current state of the massive upcoming discovery disclosure (Jencks Giglio and interview reports) is that counsel should have possession of those materials on January 7, 2022 (assuming we can have copies of the materials outside of the courthouse). We then must get to the jail to review the information with Mr. Yoo. We do not yet know the quantity of this Jencks/Giglio material.

                                                              YOUNG YOO

                                                              BY COUNSEL

_____/s_____
Frank Salvato
1203 Duke Street
Alexandria, Virginia 22314
703-548-5000
Bar No. 30453

Frank@Salvatolaw.com

_____/s_____

Christopher Amolsch

Bar No. 43800

12005 Sunrise Valley Drive

Suite 200

Reston, Virginia 20191

703-969-2214

Chrisamolsch@yahoo.com

<u>Certificate</u>

    I hereby certify that this pleading was filed with the Court's ECF system which system will send a notice to all parties and the United States, 2100 Jamieson Avenue, Alexandria, Virginia 22314 on this 29th day of December 2021.

_____/s_____

Frank Salvato

1203 Duke Street

Alexandria, Virginia 22314

703-548-5000

Bar No. 30453

Frank@Salvatolaw.com